# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LAKHRAJ MANOHAR**                                                   **PLAINTIFF**

**V.**                  **CASE NO. 3:14-CV-00240 JM**

**KEVIN LYLES, et al.**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 4th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE